**FOR PUBLICATION**



FILED

SEP 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>**MELVIN MARTINEZ-LOPEZ, AKA Jorge Lopez, AKA Melvin Miscael Martinez, AKA Miguel Angel Rodriguez, AKA Manuel Rodriguez-Pena**,<br><br>Defendant-Appellant. | No.   14-50014<br><br>D.C. No.<br>2:12-cr-00973-ABC-1<br>Central District of California,<br>Los Angeles<br><br>**ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.

Judge Ikuta did not participate in the deliberations or vote in this case.